# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

CORRECTED JUDGMENT RENDERED
MARCH 26, 2013

NO.  03-12-00538-CR

Cheri Lucille Howard, Appellant

v.

The State of Texas, Appellee

APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED ON REHEARING –
OPINION BY JUSTICE GOODWIN

THIS CAUSE came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was error in the trial court's judgment, but that such error does not require the judgment be reversed:  **IT IS THEREFORE** considered, adjudged and ordered that the opinion and judgment dated February 28, 2013, are withdrawn; and that the judgment of the trial court is modified to reflect that appellant does not owe attorney's fees.  As so modified, the judgment of the trial court is affirmed.  It **FURTHER** appearing to the Court that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.